**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2318**

---

MITHUN BANERJEE,

        Plaintiff - Appellant,

     v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY & ALLSTATE INDEMNITY; ALLSTATE INDEMNITY COMPANY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:21-cv-02296-SAG)

---

Submitted:  September 28, 2023               Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mithun Banerjee, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mithun Banerjee appeals the district court's orders dismissing his amended complaint and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Banerjee's motion to appoint counsel and affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*